# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 14, 2016

### NO. 03-14-00435-CV

**Leslie Otis Rolls, Jr., Appellant**

**v.**

**Susan D. Rolls, Appellee**

**APPEAL FROM 51ST DISTRICT COURT OF COKE COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
AFFIRMED IN PART; REVERSED AND RENDERED IN PART –
OPINION BY JUSTICE PURYEAR
CONCURRING AND DISSENTING OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment signed by the trial court on April 14, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was error in the judgment requiring reversal. Therefore, the Court reverses the portions of the trial court's judgment awarding appellee one-half of the cash surrender value of the Midland Life Insurance policy and awarding appellee $10,458 in attorney's fees. The Court affirms the remainder of the trial court's judgment. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.